THE PEOPLE OF THE STATE OF NEW YORK ex rel. 270 PARK AVENUE CORPORATION, et al., Respondents, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, et al., Appellants.

Argued November 18, 1943; decided January 6, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (Arthur H. Gold-berg* and *Edmund B. Hennefeld* of counsel), for appellants.

*Herbert C. Smyth, Jr., George Natanson* and *Gerald Dwyer* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.